UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER VASSER,

    Plaintiff,

v.                          Case No. 3:14cv349MCR/CJK

DEPUTY SHERIFF AMOS;
LIEUTENANT T. GRIFFITH;
CAPTAIN B. STEARNS;
and MAJOR P. KILLAM,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This civil rights case is before the court upon plaintiff's Notice of Voluntary Dismissal (doc. 8). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this action be DISMISSED WITHOUT PREJUDICE.

    2. That the clerk be directed to provide plaintiff the amount he owes in fees, along with a copy of this Report and Recommendation, and close the file.

At Pensacola, Florida, this 2nd day of December, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No: 3:14cv349/MCR/CJK