UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER VASSER,

    Plaintiff,

v.          Case No. 3:14cv349MCR/CJK

DEPUTY SHERIFF AMOS;
LIEUTENANT T. GRIFFITH;
CAPTAIN B. STEARNS;
and MAJOR P. KILLAM,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 2, 2014. (Doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED WITHOUT PREJUDICE.

    3.    The clerk shall provide plaintiff the amount he owes in fees, along with a copy of this Report and Recommendation, and close the file.

    **DONE AND ORDERED** this 31st day of December, 2014.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**